FILED

07 DEC 27 PM 12: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    07 CR 3472    WQH

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| RODOLFO GONZALEZ-RUIZ, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about October 19, 2007, within the Southern District of California, defendant RODOLFO GONZALEZ-RUIZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act

//

//

WDK:fer:San Diego
12/21/07

1  to wit, crossing the border from Mexico into the United States, that

2  was a substantial step toward committing the offense, all in violation

3  of Title 8, United States Code, Sections 1326(a) and (b).

4      It is further alleged that defendant RODOLFO GONZALEZ-RUIZ was

5  removed from the United States subsequent to November 13, 2006.

6      DATED: December 27, 2007.

7                                        A TRUE BILL:

8

9                                        _____
                                         Foreperson

10

KAREN P. HEWITT
11  United States Attorney

12

13  By: _____
        DOUGLAS KEEHN
14      Assistant U.S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28