```
FILED
07 DEC 27 PM 12: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CR 3472 WQH

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| RODOLFO GONZALEZ-RUIZ, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Rodolfo Gonzalez-Ruiz</u>, Criminal Case No. 07CR3167-WQH.

DATED: December 27, 2007.

KAREN P. HEWITT
United States Attorney

D. KC

DOUGLAS KEEHN
Assistant U.S. Attorney