GREGORY D. OBENAUER
State Bar No. 103036
1901 First Ave. Ste. 213
San Diego, CA. 92101
(619) 230-1523

Attorney for GONZALEZ-Ruiz, Rodolfo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE WILLIAM Q. HAYES

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.  07CR3472 WQH |
| ) | |
| Plaintiff ) | EX PARTE APPLICATION |
| ) | FOR EXTRAORDINARY |
| v. ) | EXPENSES: INVESTIGATOR FEES |
| ) | |
| ) | |
| ) | |
| GONZALEZ-Ruiz, Rodolfo ) | |
| ) | |
| Defendant ) | |

   Defendant Rodolfo GONZALEZ, by and through his counsel Gregory D. Obenauer makes an EX PARTE APPLICATION for an order authorizing extraordinary expenses for investigator fees. This request is based upon the documents filed in this application, pleadings and the discovery provided in this case.

                                        s/ g. obenauer
   Dated: February 29, 2008         _____
                                        Gregory D. Obenauer
                                        Attorney for GONZALEZ

Gregory D. Obenauer
State Bar No. 103036
1901 First Ave. Ste. 213
San Diego, CA. 92101
(619) 230-1523

Attorney for   GONZALEZ-Ruiz, Rodolfo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE   JUDGE   WILLIAM Q. HAYES

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.  07CR3472 WQH |
| ) | |
| Plaintiff ) | DECLARATION OF ATTORNEY |
| ) | GREGORY D. OBENAUER |
| v. ) | IN SUPPORT OF ORDER |
| ) | FOR EXTRAORDINARY EXPENSES: |
| ) | INVESTIGATOR FEES |
| ) | |
| GONZALEZ-Ruiz, Rodolfo ) | |
| ) | |
| Defendant ) | |

   I, Gregory D. Obenauer, was appointed to represent Rodolfo GONZALEZ (Mr. GONZALEZ), the defendant in this case who could not afford counsel. Mr. GONZALEZ faces a 1326 Indictment; he may have a criminal history VI.

 2. Since my appointment, I have provided services on a regular basis. I have used investigator Alan Stevens License 9672  in my meetings with my client and for investigative services.

3. With respect to the initial investigator  allotment of $495/9 hrs, those fees have been exhausted by investigator Stevens with client meetings, "A" file review, and  calls, conferences and a meeting with Mr. Gonzalez' wife.

4. It is expected that investigation regarding Mr. Gonzalez' green card and  preparation for the Sentence Hearing will consume an

additional **ten** investigative hours. Mr. Gonzalez has adopted a unique legal theory of his defense that has triggered a search for supporting case law. As of the date of this application, the defense awaits the 1987 and 1994 deportation tapes which will not arrive in time to meet the March 10, 2008 motion filing deadline.

5. Without this funding, it will be impossible to represent my client adequately.

<u>I HEREBY DECLARE UNDER PENALTY OF PERJURY  UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT</u>

                                      s/ g. obenauer

Dated: February 29, 2008         Gregory D. Obenauer
                                          Attorney for GONZALEZ