MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs _Rodolfo Gonzalez-Ruiz_   No. _07CR3472-WQH_

The Court finds excludable delay, under the section indicated by check (✓),
commenced on _4/17/08_ and ended on _5/19/08_.

3161(h)
___(1)(A)   Exam or hrg for **mental or physical incapacity**                                A
___(1)(B)   **NARA exam**ination (28:2902)                                                   B
___(1)(D)   State or Federal trials or **other charges pending**                             C
___(1)(E)   **Interlocutory appeals**                                                        D
___(1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                     E
___(1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                        F
___(1)(J)   **Proceedings under advisement** not to exceed thirty days                       G
___         Misc proc: Parole or prob rev, deportation, **extradition**                      H
___(1)(H)   **Transportation** from another district or to/from examination
            or hospitalization in ten days or less                                           6
___(1)(I)   Consideration by Court of **proposed plea agreement**                            7
___(2)      **Prosecution deferred** by mutual agreement                                     I
___(3)(A)(B) **Unavailability of defendant** or **essential witness**                        M
___(4)      Period of **mental or physical incompetence** of defendant to
            stand trial                                                                      N
___(5)      Period of **NARA commitment or treatment**                                       O
___(6)      **Superseding indictment and/or new charges**                                    P
___(7)      **Defendant awaiting trial of co-defendant** when no severance
            has been granted                                                                 R
___(8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than
            one of the reasons below are given in support of continuance                     T
___(8)(B)(i)(1) Failure to **continue** would stop further proceedings or
            result in **miscarriage of justice**                                             T1
___(8)(B)(ii) 2) **Case** unusual or **complex**                                             T2
___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in
            thirty (30) days                                                                 T3
_X_(8)(B)(iv) 4) **Continuance** granted in order to obtain or **substitute
            counsel**, or give reasonable time to prepare                                   (T4)
___3161(I)  Time up to **withdrawal of guilty plea**                                         U
___3161(b)  **Grand jury indictment time extended** thirty (30) more days                    W

Date _4/18/08_                                              _WQH_
                                                       Judge's Initials