1

2     MICHAEL S. BERG  (CA. Bar No. 102972)
      Attorney at Law
3     401 West "A" Street, Suite 2600
      San Diego, California  92101
4     Telephone: (619) 239-2186
      Fax: (619) 237-1310
5
6     **Attorney for Gonzalez-Ruiz**

7

8                    **UNITED STATES DISTRICT COURT**

9                 **SOUTHERN DISTRICT OF CALIFORNIA**

10                     **(HON. WILLIAM Q. HAYES)**

11    UNITED STATES OF AMERICA,          )  No.  07-3472-WQH
                                          )
12            Plaintiff,                   )
                                          )  MOTION TO CONTINUE MOTION HEARING
13            vs.                          )
                                          )
14    RODOLFO GONZALEZ-RUIZ,              )
                                          )
15            Defendant.                   )
                                          )
16    _____-_____

17

18            Based on the attached Declaration of Counsel, Defendant Rodolfo Gonzalez-Ruiz will be asking

19    this Court to continue the Motions in the above referenced matter from July 14, 2008 to approximately

20    one month later.

21

22    Dated:   07/09/08              /s/ Michael Berg____
                                     MICHAEL S. BERG
23                                   Attorney for Gonzalez-Ruiz

24

25

26

27