MICHAEL S. BERG  (CA. Bar No. 102972)
Attorney at Law
401 West "A" Street, Suite 2600
San Diego, California  92101
Telephone: (619) 239-2186
Fax: (619) 237-1310

**Attorney for Gonzalez-Ruiz**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  07-3472-WQH |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF MICHAEL S. BERG |
| RODOLFO GONZALEZ-RUIZ, | ) |
| Defendant. | ) |

I, MICHAEL S. BERG, HEREBY DECLARE AS FOLLOWS:

1. I am an attorney in good-standing, licensed to practice law in the State of California and the Federal Court for the Southern District of California.  I am the attorney of record in the above-referenced matter.

2. I was appointed as counsel for Mr. Gonzalez-Ruiz on approximately April 16, 2008.

3. Mr. Gonzalez-Ruiz indicated to me that he wanted a Motion to Dismiss the Indictment Due to a Prior Invalid Deportation to be argued.  While looking through the discovery provided to me by Mr. Gregory Obenauer, a former attorney for Mr. Gonzalez-Ruiz, I found said 22 page Motion to Dismiss the Indictment within his file.

4. Having found said Motion in the file, I was under the impression that said Motion had been filed with the Court.  When I was unable to find the government's responsive pleadings, I contacted the court clerk to see if the Motion had in fact been filed.  I was informed that it had not.

5. I am requesting a brief continuance to clean up and file said Motion.

6. I contacted Government counsel, David Katz, to inform him of this.

I declare under penalty of perjury that the above matters are true and correct.

Dated:   07/09/08                    /s/ Michael Berg
                                     MICHAEL S. BERG
                                     Attorney for Gonzalez-Ruiz