| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | DAVID L. KATZ |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 141295 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5226 |
|   | Email:david.katz@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3472-WQH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S REQUEST FOR |
| v. | ) | EXTENSION OF TIME TO FILE ITS |
| | ) | RESPONSE & OPPOSITION TO |
| RODOLFO GONZALEZ-RUIZ, | ) | DEFENDANT'S MOTION TO DISMISS |
| | ) | |
| Defendant. | ) | Date: August 18, 2008 |
| | ) | Time: 2:00 p.m. |
| | ) | |

The plaintiff, UNITED STATES OF AMERICA, by its counsel, KAREN P. HEWITT, United States Attorney, and DAVID L. KATZ, Assistant United States Attorney, hereby move this for an extension of time to file it's Response and Opposition to Defendants Motions to Dismiss.

The reason for this request is that Defendant's motions to dismiss were filed only ten days ago, on July 20, 2008, and Government counsel needs more time to review voluminous A-file, tape recordings of several deportation hearings before immigration courts, documentation and to conduct research of technical immigration issues.

Further, Government counsel just completed a lengthy filing with the Ninth Circuit. That motion response required a detailed review of the record of a case that has been ongoing since November 2006.

The Government requests that the due date for it's response to Defendant's motions be extended to August 11, 2008, which will give Defendant time to file any reply to the Government's

1  Response before the hearing on August 18, 2008.  Government counsel has spoken with Michael
2  Berg, counsel for Defendant Gonzalez-Ruiz.  Mr. Berg has no opposition to the date for the filing
3  of the Government's response be extended to August 11, 2008.
4       DATED: July 30, 2008

5       Respectfully submitted,

6  KAREN P. HEWITT
   United States Attorney

7  s/David L. Katz

8  DAVID L. KATZ
9  Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Case No. 07cr3472-WQH |
|                                        ) | |
|          Plaintiff,              ) | |
|                                        ) | |
|    v.                            ) | |
|                                        ) | CERTIFICATE OF SERVICE |
| RODOLFO GONZALEZ-RUIZ,                 ) | |
|                                        ) | |
|          Defendants.            ) | |

IT IS HEREBY CERTIFIED THAT:

      I, DAVID L. KATZ am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action. I have caused service of the **GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO FILE ITS RESPONSE & OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.    Michael Berg

      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on July 30, 2008

                                                                      s/David L. Katz
                                                                      DAVID L. KATZ